UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
WASHINGTON, D.C.

| | |
|---|---|
| Marcelo Sandoval<br>**Plaintiff,**<br><br>v.<br><br>Dep't of Justice, et al.,<br>**Defendants.** | Civil action #16-cv-01013-ABJ.<br><br>FOIA/PA Lawsuit.<br><br>Honorable: Amy Berman Jackson.<br>June 7th, 2016. |

**PLAINTIFF: SANDOVAL'S AFFIDAVIT IN SUPPORT OF HIS SERVICE OF COMPLAINT/SUMMONS TO DEFENDANTS, VIA: CERTIFIED MAIL UNDER FED.R.CIV.P. RULE 4**

Affidavit of: Sandoval, via: Fed.R.Civ.P. Rule 56(f), states as follows:

[1] On June 6th, 2016, Plaintiff: Sandoval, hereinafter referred to as "Sandoval" facilitated service of Complaint/Summons upon all defendants, via: Certified Mail, postaged prepaid as required under Fed.R.Civ.P. Rule 4.

[2] **Defendant: Executive Office of the U.S. Attorney's (EOUSA'S)**
Department of Justice
Suite 7300, 600 E.Street, N.W. Washington, D.C. 20530-0001:
Was served a copy of the Complaint & Summons, via: Certified Mail #7015-3010-0001-1909-6498, on June 6th, 2016. See Sandoval v. Dep't of Justice, et al., civil #16-cv-01013-ABJ. (District of Columbia).

[3] **Defendant: U.S. Attorney General's Office**
Dep't of Justice
950 Pennsylvania Avenue, N.W. Washington, D.C. 20534:
Was served a copy of the Complaint/Summons via: Certified Mail #7014-2120-0001-0175-5006, on June 6th, 2016. See Sandoval v. Dep't of Justice, et al., civil #16-cv-01013-ABJ. (District of Columbia).

[4] **Defendant: U.S. Attorney's Office  District of Columbia**
Dep't of Justice
444, 5th Street N.W. Washington, D.C. 20001:
Was served a copy of the Complaint/Summons via: Certified Mail #7015-3010-0001-1913-0161_____, on June 6th, 2016. See Sandoval v. Dep't of Justice, et al., civil #16-cv-01013-ABJ. (District of Columbia).

RECEIVED
Mail Room
JUN 13 2016
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

[5]     **Defendant: Federal Bureau of Prisons**
                    **(FBOP)**
                 **Dep't of Justice**
320 First Street, N.W. Washington, D.C. 20534:
   Was served a copy of the Complaint/Summons via: Certified Mail #7014-0510-0000-4402-9634, on June 6th, 2016. See Sandoval v. Dep't of Justice, et al., civil #16-cv-01013-ABJ. (District of Columbia).

[6]     **Defendant Federal Bureau of Investigation**
                    **(FBI)**
                 **Dep't of Justice**
935  Pennsylvania Avenue, N.W. Washington, D.C. 20535:
   Was served a copy of the Complaint/Summons via: Certified Mail #7014-2120-0002-0947-8869, on June 6th, 2016. See Sandoval v. Dep't of Justice, et al., civil #16-cv-01013-ABJ. (District of Columbia).

[7]    **Defendant: U.S. Attorney's Office District of**
                **Illinois/Urbana Division**
                    **(USAO/D.Ill)**
                 **Dep't of Justice**
201 S.Vine Street, Suite 226, Urbaba, Illinois 61802:
   Was served a copy of the Complaint/Summons via: Certified Mail #7015-3010-0001-190906474, on June 6th, 2016. See Sandoval v. Dep't of Justice, et al., civil #16-cv-01013-ABJ. (District of Columbia).

Hence, the above Defendants, were served with Sandoval's Complaint & Summons via: Certified Mail, supra as required under Fed.R.Civ.P. Rule 4 on June 6th, 2016.

## Conclusion

WHEREFORE, for all of the above specifically stated reasons Plaintiff: Sandoval, most respectfully requests the following relief from this Honorable Court:

**ALLOW,** this instant motion in-so-far-as it reflect that Sandoval has facilitated proper & timely service of his Complaint & Summons upon the above specifically named Defendants, as required under Fed.R.Civ.P. Rule 4;

**ORDER,** this case to proceed forward, by **Ordering,** the Defendants to Respond to Plaintiff: Sandoval's Complaint.

Signed under 28 U.S.C. §1746, under the penalties of perjury the above & the following to be true, correct & complete. Pro-Se.

Respectfully Submitted By
Plaintiff/Claimant/Affiant:

*Marcelo Sandoval*   *Marcelo Sandoval*
Marcelo Sandoval
11659-424
FCI Hazelton
P.O. Box 5000
Bruceton Mills, West Virginia
26525

### Certificate of Service

I, Plaintiff: Sandoval, hereby certify that this Motion/Affidavit was sent via: United States Mail/Postaged Prepaid on this **7th, day of June, 2016,** to the following:

| | |
|---|---|
| Clerk of Courts<br>Clerk's Office<br>U.S. District<br>United States Courthouse<br>District of Columbia<br>Room 1225<br>333 Constitution Avenue, N.W.<br>Washington, D.C.<br>20001 | U.S. Attorney's Office<br>District of Columbia<br>Civil Division<br>555, 4th Street, N.W.<br>Wasnington, D.C.<br>20001 |

*Marcelo Sandoval*
*Marcelo Sandoval*
Marcelo Sandoval